No. 95–1081. Ingalls Shipbuilding, Inc., et al. v. Director, Office of Workers' Compensation Programs, Depart-

MENT OF LABOR, ET AL. C. A. 5th Cir. [Certiorari granted, 517 U. S. 1186.] Motion of the Acting Solicitor General for divided argument granted.